# MEMORANDUM DECISIONS

ALBRECHT v. RILEY et al. (Circuit Court of Appeals, Ninth Circuit. November 10, 1915.) No. 2483. In Error to the District Court of the United States for the Fourth Division of the Territory of Alaska. Charles E. Taylor, of Iditarod, Alaska, and George W. Saulsberry, of Seattle, Wash., for plaintiff in error. T. C. West, Fernand De Journel, and Joseph Rafael, all of San Francisco, Cal., and Henry Roden, of Iditarod, Alaska, for defendants in error.

PER CURIAM. Motion to dismiss writ of error granted, and writ of error dismissed, with costs in favor of defendant in error and against plaintiff in error, for the reason that the writ of error was not sued out within one year after the entry of the judgment sought to be reviewed.